DAVID H. KETCHAM, Respondent, *v.* ALBERT V. SAMMIS, Appellant, and JOHN F. WOOD, Respondent, Impleaded with Others.

*Ketcham* v. *Sammis*, 155 App. Div. 920, affirmed.
(Argued April 26, 1915; decided May 11, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 15, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage on real property. There is no dispute concerning the correctness of the judgment, in so far as it relates to the plaintiff. Defendant Wood, the respondent herein, held two mortgages prior in date to plaintiff's, which appellant claimed to be void for usury.

*Edgar B. Bronson, Jr.,* for appellant.

*Thomas Young* for defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.